# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiffs,

vs.

BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION, *et al.*,

    Defendants.

Case No. 2:16-cv-02535-JCM-GWF

**ORDER**

Motion to Withdraw as Attorneys of Record (ECF No. 31)

This matter is before the Court on Joseph A. Gutierrez, Esq.'s Motion to Withdraw the law firm Maier Gutierrez & Associates as attorneys of record for Defendant Williston Investment Group, LLC (ECF No. 31), filed on May 18, 2017. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that the law firm of Maier Gutierrez & Associates's Motion to Withdraw as Attorneys of Record for Defendant Williston Investment Group, LLC (ECF No. 31) is **granted**.

**IT IS FURTHER ORDERED** that **Williston Investment Group, LLC** must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Williston Investment Group, LLC shall have until **July 6, 2017**, to advise the Court if it will retain new counsel.

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Defendant Williston Investment Group, LLC to the civil docket:

   **Williston Investment Group, LLC**
   **1421 N. Jones Blvd., Suite 172**
   **Las Vegas, Nevada 89108**

2. Serve Defendant Williston Investment Group, LLC with a copy of this order at its last known address listed above.

DATED this 6th day of June, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge