LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for Defendant/Counterclaimant Williston Investment Group, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION; WILLISTON INVESTMENT GROUP LLC; NEVADA ASSOCIATION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-02535-JCM-GW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BACK HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP (hereinafter "BOFA") and Defendant, WILLISTON INVESTMENT GROUP LLC (hereinafter "Williston") through their respective counsel of record as follows:

WHEREAS, BOFA filed its Motion for Summary Judgment on September 19, 2017.

WHEREAS, Williston's responsive pleading was due to BOFA's Motion for Summary

**AYON LAW, PLLC**
**9205 W. Russell Road,**
**Building 3, Suite 240**
**LAS VEGAS, NEVADA 89148**
**PHONE: (702) 600-3200**

1

Judgment on Tuesday, October 10, 2017.

WHEREAS, The Parties stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED between BOFA and Williston, by and through their undersigned attorneys, that Williston shall have up to and including October 17, 2017 to file its responsive pleading to BOFA's Motion for Summary Judgment.

This is Williston's first request for an extension of time to file their responsive pleading to Plaintiff's Motion for Summary Judgment and is not intended to cause any delay or prejudice to any Party.

Approved as to Form and Content:

DATED this 11th day of October, 2017.   DATED this 11th day of October, 2017.

**AYON LAW, PLLC**                       **AKERMAN LLP**

 /s/ *Luis A. Ayon*                       */s/Vatana Lay, Esq.*
LUIS A. AYON, ESQ.                       VATANA LAY, ESQ.
Nevada Bar No. 9752                      Nevada Bar No. 12993
9205 W. Russell Road                     1160 Town Center Drive, Suite 330
Building 3, Suite 240                    Las Vegas, Nevada 89144
Las Vegas, Nevada 89148

**AYON LAW, PLLC**
**9205 W. Russell Road,**
**Building 3, Suite 240**
**LAS VEGAS, NEVADA 89148**
**PHONE: (702) 600-3200**

2

## ORDER

Pursuant to the above Stipulation of BOFA and Williston, it is ORDERED that:

1. Williston shall have up to and including October 17, 2017 to file its responsive pleading to Plaintiff BOFA's Motion for Summary Judgment.

DATED October 11, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200