MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for plaintiff Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>BAR ARBOR GLEN AT PROVIDENCE HOMEOWNERS ASSOCIATION; WILLISTON INVESTMENT GROUP LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br><br>WILLISTON INVESTMENT GROUP LLC;<br><br>Counterclaimants,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Counterdefendant | Case No.: 2:16-cv-02535-JCM-GWF<br><br>**STIPULATION FOR DISMISSAL** |

45472488;1

Plaintiff Bank of America, N.A., Successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loan Servicing, LP ("BANA"), Bar Arbor Glen at Providence Homeowners Association ("HOA"), and Williston Investment Group LLP ("Williston") stipulate as follows:

1. This matter relates to real property located at 10420 Scotch Elm Avenue, Las Vegas, Nevada 89166.

2. Bank of America is the beneficiary of a deed of trust encumbering the property, which was recorded on September 9, 2008 as instrument number 20080909-0001217 in the official records of Clark County, Nevada.

3. On January 7, 2013, the HOA, through its agent Nevada Association Services, Inc., recorded a trustee's deed upon sale as instrument number 201301070001642 in the official records of Clark County, Nevada, reflecting that Williston purchased the property at the HOA's foreclosure sale on December 28, 2012.

4. On November 11, 2016, BANA initiated this lawsuit against Williston and the HOA related to the effect of the HOA's foreclosure sale on its deed of trust.

///

///

///

45472488;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

5. The parties now stipulate to dismiss all claims asserted in this action, with each party to bear its own attorneys' fees and costs.

Dated this 28 day of September, 2018.

**AKERMAN LLP**

*/s/ Vatana Lay*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of America, N.A.,*

Dated this 28 day of September, 2018.

**AYON LAW, PLLC**

*/s/ Luis A. Ayon*
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148

*Attorneys for Williston Investment Group, LLC*

Dated this 28 day of September, 2018.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Timothy C. Pittsenbarger*
SEAN L. ANDERSON, ESQ.
Nevada Bar. No. 7259
TIMOTHY C. PITTSENBARGER, ESQ.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, NV 89128

*Attorneys for Bar Arbor at Providence Homeowners Association*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** October 2, 2018

45472488;1